IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03347-RPM

DAVID GUILLIAMS,

     Plaintiff,

v.

ARCHULETA COUNTY,

     Defendant.
_____

ORDER AMENDING CAPTION
_____

Upon consideration of the unopposed motion to amend the caption name for defendant from "Archuleta County" to "The Board of County Commissioners of the County of Archuleta, Colorado," [14], it is

ORDERED that the motion is granted.

Dated:   February 13th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge